NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
AARON KOLLITZ (Cal. Bar No. 238580)
JOSEPH A. DARROW
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2083 / 0436
E-mail: Aaron.Kollitz@usdoj.gov
Joseph.Darrow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

OSNY SORTO-VASQUEZ KIDD; INLAND COALITION FOR IMMIGRANT JUSTICE; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; DAVID MARIN, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; JOSEPH MACIAS, Los Angeles Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcements, in his official capacity; UNITED STATES OF AMERICA; DOES 1-10,

Defendants.

No. CV 20-3512-ODW (JPR)

**NOTICE OF FILING REDACTED MOTION TO USE PSEUDONYMS AND FOR PROTECTIVE ORDER, PURSUANT TO THIS COURT'S ORDER AUTHORIZING THE FILING UNDER SEAL (SEE ECF NO. 24)**

Honorable Otis D. Wright II
United States District Judge

PLEASE TAKE NOTICE that Defendants file their Redacted Motion to Use Pseudonyms and for Protective Order, attached hereto as Exhibit "A," as authorized by this Court's September 2, 2020 Order. See ECF No. 24. The entire unredacted Motion has been concurrently filed under seal. See ECF No. 25.

Dated: September 3, 2020

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

***/s/ Aaron Kollitz***
AARON KOLLITZ
JOSEPH A. DARROW
Assistant United States Attorneys

Attorneys for Defendants