NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
AARON KOLLITZ (Cal. Bar No. 238580)
JOSEPH A. DARROW
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2083 / 0436
E-mail: Aaron.Kollitz@usdoj.gov
Joseph.Darrow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

OSNY SORTO-VASQUEZ KIDD; INLAND COALITION FOR IMMIGRANT JUSTICE; COALITION FOR HUMANE IMMIGRANT RIGHTS,

Plaintiffs,

v.

CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security, in his official capacity; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; DAVID MARIN, Los Angeles Field Office Director, U.S. Immigration and Customs Enforcement, in his official capacity; JOSEPH MACIAS, Los Angeles Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcements, in his official capacity; UNITED STATES OF AMERICA; DOES 1-10,

Defendants.

No. CV 20-3512-ODW (JPR)

**STIPULATION TO BROADEN SCOPE OF COURT'S ORDER AUTHORIZING FILING MOTION TO USE PSEUDONYMS AND FOR PROTECTIVE ORDER UNDER SEAL TO INCLUDE PLAINTIFF'S OPPOSITION AND DEFENDANTS' REPLY**

Honorable Otis D. Wright II
United States District Judge

Subject to an Order from this Court, the Parties stipulate to broaden the scope of this Court's Order Authorizing Defendants to File Motion to Use Pseudonyms and for Protective Order on the following grounds:

1) On September 2, 2020, the Court granted Defendants leave to file portions of their Motion to Use Pseudonyms and for Protective Order under seal (see ECF No. 24);

2) On September 3, 2020, Defendants filed an unredacted version of their Motion to Use Pseudonyms and for Protective Order under seal (see ECF No. 25) as well as a public redacted version of the same (see ECF No. 26);

3) On September 3, 2020, Defendants served a copy of the unredacted Motion to Use Pseudonyms and for Protective Order filed under seal to opposing counsel;

4) On September 7, 2020, Plaintiffs determined that they intend to present arguments in their opposition brief concerning the evidence that was filed under seal;

5) Defendants also anticipate they likely will present counter-arguments concerning the information under seal in their reply brief;

6) The parties therefore request the Court expand the scope of its Order dated September 2, 2020 (see ECF No. 24) to allow Plaintiffs to file portions of their opposition and Defendants to file portions of their reply (and any supporting declarations and exhibits) that refer to evidence previously filed under seal as well as any other evidence containing personally identifiable information of Immigration and Customs Enforcement employees, under seal; and

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

7) The parties will limit their redactions to the information in Paragraph 6 and, in addition to filing unredacted versions of each brief under seal (and serving the other parties), they will also file a redacted version of each brief that can be accessed by the public.

Dated: September 9, 2020

MUNGER, TOLLES & OLSON

***/s/ Terra Castillo Laughton***
Terra Castillo Laughton
Attorneys for Plaintiffs

Dated: September 9, 2020

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

***/s/ Aaron Kollitz***
AARON KOLLITZ
JOSEPH A. DARROW
Assistant United States Attorneys

Attorneys for Defendants

# ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Aaron Kollitz, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2), I hereby attest that Terra Castillo Laughton has concurred in this filing.

Dated: September 9, 2020

/s/ *Aaron Kollitz*

Assistant United States Attorney