UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | 2:20-cv-03512-ODW (JPRx) | Date | October 5, 2020 |
| Title | *Osny Sorto-Vasquez Kidd et al v. Chad T. Wolf et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Marea Woolrich-(telep) | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anne Lai-teleph.<br>Stephanie Padilla-telep.<br>h. | Aaron Kollitz (*AUSA*)-telep. |

**Proceedings:** **TELEPHONIC MOTION'S HEARING**

**(Telephonic) MOTION TO EXTEND DEADLINE TO ADD DOE DEFENDANTS [14], AND MOTION TO USE PSEUDONYMS AND FOR PROTECTIVE ORDER [25]**

Case called, appearances made. Plaintiffs' Motion to Extend Deadline to identify and serve any Doe Defendants [14] is **GRANTED**. To avoid further delay, Defendants are **ORDERED** to provide to Plaintiffs' counsel the true names of all agents involved in the matters alleged in the complaint as well as all supervisors of those agents who were in communication with the agents. Production must be completed by **October 16, 2020**. The information may be shared with the Plaintiffs once they have signed the Protective Order. Plaintiffs are further directed to keep the identities of the agents confidential. Failure to heed this Order will be met with dire consequences. Plaintiffs' deadline to file and serve an amended complaint substituting Doe Defendants shall be **October 30, 2020**.

Defendants' Motion to Use Pseudonyms and for a Protective Order [25] is **GRANTED in part**. Plaintiffs' amended complaint and any other documents filed in the above-captioned case shall identify the Doe Defendants with pseudonyms of the agents. The Court recommends use of the agents' initials as substitutes for their names in all filings. Defendants' attorneys are instructed to accept service of the Amended Complaints.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:20-cv-03512-ODW (JPRx) | Date | October 5, 2020 |
|---|---|---|---|
| Title | *Osny Sorto-Vasquez Kidd et al v. Chad T. Wolf et al.* | | |

The Defendants' request that future filings be made under seal is **DENIED**.

The Orders made this date are without prejudice to renewing the motions if and when circumstances appear to warrant reconsideration.

**IT IS SO ORDERED**.

: 19

Initials of Preparer SE