JOSEPH T. MCNALLY
Attorney for Defendants,
Acting Under Authority Conferred by 28 U.S.C. § 515
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL LA SCALA (Cal. Bar No,186939)
ADAM GAFNI (Cal. Bar No. 2330045)
CHRISTINA MARQUEZ (Cal. Bar No. 305301)
JONATHAN R. BLAKEY (Cal. Bar No. 333584)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2083
    E-mail: Paul.LaScala@usdoj.gov
        Adam.Gafni@usdoj.gov
        Christina.Marquez@usdoj.gov
        Jonathan.Blakey@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| OSNY SORTO-VASQUEZ KIDD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS[1], Secretary, U.S. Department of Homeland Security, in his official capacity, et al., <br><br> Defendants. | No. CV 20-3512-ODW (JPRx) <br><br> **OFFICIAL CAPACITY DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT AS TO CLASS CLAIMS** <br><br> Hearing Date:    January 8, 2024 <br> Hearing Time:    1:30 p.m. <br> Ctrm:    5D <br><br> Honorable Otis D. Wright II <br> United States District Judge |

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Alejandro Mayorkas, Secretary of U.S. Homeland Security, is automatically substituted for his predecessor, David Pekoske.

Pursuant to Federal Rule of Evidence 201, Defendants respectfully request that the Court take judicial notice of the following documents in relation to Official Capacity Defendants' Motion for Summary Judgment as to Class Claims.

1. Minute Order from Orange County Superior Court related to Diana Rubick Rodriguez's probation, attached hereto as Exhibit "1";

2. Minute Order from Los Angeles Superior Court related to Jose Urbano Vasquez's probation, attached hereto as Exhibit "2"; and

3. Minute Order from Orange County Superior Court related to Sigifredo Zendejas Lopez, attached hereto as Exhibit "3."

These documents are proper subjects for judicial notice because they are matters of public record and meet the indicia of reliability under Fed. R. Evid. 201(b). Court documents filed or issued by judicial tribunals, like Minute Orders, are "(1) generally known within the trial court's territorial jurisdiction," and "(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." See Holder v. Holder, 305 F.3d 854, 866 (9th Cir. 2002) ("We take judicial notice of the California Court of Appeal opinion and the briefs filed in that proceeding and in the trial court."); Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in a state court case where the same plaintiff asserted similar and related claims); Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n. 6 (9th Cir. 2006) (taking judicial notice of documents related to a settlement in another case that bore on whether the plaintiff was still able to assert its claims in the pending case).

Further, these documents were previously submitted in support of Defendants' Opposition to Class Certification, ECF 266.1. Defendants have redacted the documents in accordance with the Court's order at ECF 270 so that it can be filed in the public record.

For the foregoing reasons, Defendants respectfully request that the Court take judicial notice of the documents attached hereto as Exhibits 1-3, inclusive.

1

2    Dated: November 20, 2023          Respectfully submitted,

3                                       JOSEPH T. MCNALLY
                                        Attorney for Defendants,
4                                       Acting Under Authority Conferred by 28
                                        U.S.C. § 515
5                                       DAVID M. HARRIS
                                        Assistant United States Attorney
6                                       Chief, Civil Division
                                        JOANNE S. OSINOFF
7                                       Assistant United States Attorney
                                        Chief, Complex and Defensive Litigation
8                                       Section

9                                        */s/ Christina Marquez*
                                        _____
10                                      PAUL LA SCALA
                                        ADAM GAFNI
11                                      CHRISTINA MARQUEZ
                                        JONATHAN BLAKEY
12                                      Assistant United States Attorneys

13                                      Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

## MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 1 of 19

MINUTES / ALL CATEGORIES

Case: 16CF0925 M A

5/24/22 10:40 am

4

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 2 of 19

MINUTES / ALL CATEGORIES

Case: 16CF0925 M A

5/24/22 10:40 am

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

Name: Rodriguez, Diana

MINUTES / ALL CATEGORIES

Case:  16CF0925 M A
5/24/22 10:40 am

EXHIBIT 1

### SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



7                                        EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| | | | |

Name: Rodriguez, Diana

Page 7 of 19

MINUTES / ALL CATEGORIES

Case: 16CF0925 M A

5/24/22 10:40 am

10

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 8 of 19                    MINUTES / ALL CATEGORIES

Case:  16CF0925 M A

5/24/22 10:40 am

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| | | | |

Name: Rodriguez, Diana

Page 9 of 19                    MINUTES / ALL CATEGORIES

Case:  16CF0925 M A

5/24/22 10:40 am

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/13/17 | 43 | PRDNAC | As a condition of my plea and for the purpose of crime prevention and detection, I voluntarily consent and agree to provide a state DNA sample and prints for the State DNA Database pursuant to Penal Code 296.1 and a local DNA Database sample, prints and photograph for the local Orange County District Attorney DNA Database with the understanding that my DNA samples will be forensically analyzed and will be permanently retained, along with my DNA profile(s), prints and photograph, all of which will be subject to continual searches, anytime in the future, against other DNA profiles, prints and photographs in any local, state, national or international law enforcement database. I also voluntarily agree to provide sample(s) immediately or, if in custody, within 72 hours of my release. |
| | 44 | PRNUD | Use no unauthorized drugs, narcotics, or controlled substances and submit to drug or narcotic testing as directed by your probation or mandatory supervision officer, or any peace officer. |
| | 45 | PRSAS | Submit your person and property including any residence, premises, container, or vehicle under your control, to search and seizure at any time of the day or night by any law enforcement officer, probation officer, or mandatory supervision officer with or without a warrant, probable cause or reasonable suspicion. |
| | 46 | PRPSY | Cooperate with your probation or mandatory supervision officer in any plan for psychological, psychiatric, alcohol and/or drug treatment. |
| | 47 | PRTSE | Seek training, schooling, or employment and maintain residence as approved by your probation officer. |
| | 48 | PRASA | Do not associate with persons known to you to be parolees, on post-release community supervision, convicted felons, users or sellers of illegal drugs, or otherwise disapproved of by probation or mandatory supervision. |
| | 49 | PRNWP | Do not knowingly own, use, or possess any type of dangerous or deadly weapon, including any firearm or ammunition. |
| | 50 | DFCPP | Defendant provided with a copy of "Power of Attorney for Firearms Relinquishment, Sale, or Disposal – Declaration" pursuant to Penal Code 29810. |
| | 51 | PRVNL | Violate no law. |

Name: Rodriguez, Diana
Page 11 of 19

MINUTES / ALL CATEGORIES

Case: 16CF0925 M A
5/24/22 10:40 am

14                                                                 EXHIBIT 1

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/13/17 | 52 | PROBY | Obey all orders, rules, and regulations, and directives of the Court, Jail, and Probation. |
| | 53 | PRDLS | Driver's license suspended for 1 Year(s) as to count(s) 2. |



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 01/13/17 | | | |

| | | |
|---|---|---|
| 72 | PRATC | Defendant accepts terms and conditions of probation. |
| 73 | PRCTP | All terms and conditions to be directed and monitored through the Probation Department. |
| 74 | PBRPT | Defendant to report to Probation Officer forthwith. |
| 75 | BLBXN | Court orders bail bond # T25-50565193 exonerated. |
| 77 | DOORG | Protective Order modified in the Protective Order Registry. |
| 78 | DOORG | Protective Order entered in the Protective Order Registry. |
| 79 | DOJABS | DOJ Initial Abstract sent. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 14 of 19                    MINUTES / ALL CATEGORIES

Case: 16CF0925 M A

5/24/22 10:40 am

EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

## MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 15 of 19

MINUTES / ALL CATEGORIES

Case:  16CF0925 M A

5/24/22 10:40 am

18                    EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text | |
|---|---|---|---|---|
| | | | | |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

## MINUTES

Case : 16CF0925 M A
Name : Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 18 of 19

MINUTES / ALL CATEGORIES

Case:  16CF0925 M A

5/24/22 10:40 am

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 16CF0925 M A
**Name :** Rodriguez, Diana

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Rodriguez, Diana

Page 19 of 19

MINUTES / ALL CATEGORIES

Case: 16CF0925 M A

5/24/22 10:40 am

22

EXHIBIT 1



I hereby certify the foregoing instrument consisting of ___19___ page(s) is a true and correct copy of the original on file in this court.

ATTEST (DATE)___05/24/2022___

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

EXHIBIT 1

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
NO. KA118671                                                    PAGE NO.  1
THE PEOPLE OF THE STATE OF CALIFORNIA      VS.      CURRENT DATE 06/02/22
DEFENDANT 01:  JOSE  URBANO



EXHIBIT 2

CASE NO. KA118671
DEF NO.  01

PAGE NO.   2
DATE PRINTED 06/02/22



EXHIBIT 2

CASE NO. KA118671
DEF NO. 01

PAGE NO. 3
DATE PRINTED 06/02/22



EXHIBIT 2

CASE NO. KA118671                          PAGE NO.   4
DEF NO.  01                                DATE PRINTED 06/02/22

  JUDGMENT:
AS TO COUNT  (03):
IMPOSITION OF SENTENCE SUSPENDED
DEFENDANT PLACED ON FORMAL PROBATION
  FOR A PERIOD OF 003 YEARS UNDER THE FOLLOWING TERMS AND CONDITIONS:
  IN ADDITION:
  -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
   1202.4(B) PENAL CODE IN THE AMOUNT OF $ 300.00. THE COURT
   IMPOSES A $40.00 COURT OPERATIONS ASSESSMENT PURSUANT TO PENAL
   CODE SECTION 1465.8(A)(1) IN EACH COUNT, FOR A TOTAL OF $80.00,
   AND A $30.00 CRIMINAL CONVICTION ASSESSMENT PURSUANT TO
   GOVERNMENT CODE SECTION 70373 AS TO EACH COUNT, FOR A TOTAL OF
   $60.00. THE COURT ALSO IMPOSES A $10.00 CRIME PREVENTION FUND
   FINE PURSUANT TO PENAL CODE SECTION 1202.5, PLUS A $2.00
   CRIMINAL SURCHARGE, AND $29.00 PENALTY ASSESSMENTS.A $30.00
   INSTALLMENT AND ACCOUNT RECEIVABLE PURSUANT TO PENAL CODE
   SECTION 1205(E) IS ALSO IMPOSED. . A TOTAL OF $511.00 TO BE
   PAID THROUGH THE PROBATION DEPARTMENT.

  -DEFENDANT IS ORDERED TO PAY A PROBATION REVOCATION RESTITUTION
   FINE PURSUANT TO PENAL CODE SECTION 1202.44, IN THE AMOUNT OF
   $300.00. THIS FINE SHALL BECOME EFFECTIVE UPON THE REVOCATION
   OF PROBATION.
  -DEFENDANT SHALL MAKE RESTITUTION THROUGH THE PROBATION OFFICER
   IN SUCH AMOUNTS AND MANNER AS SUCH OFFICER SHALL PRESCRIBE.
  -NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS,
   INCLUDING ANY FIREARMS, KNIVES OR OTHER CONCEALABLE WEAPONS.

  -DEFENDANT IS INSTRUCTED BY THE COURT THAT HE/SHE IS PROHIBITED
   FROM OWNING, PURCHASING, RECEIVING, POSSESSING OR HAVING,UNDER
   HIS/HER CUSTODY OR CONTROL, ANY FIREARMS, AMMUNITION, AND
   AMMUNITION FEEDING DEVICES INCLUDING, BUT NOT LIMITED TO,
   MAGAZINES. DEFENDANT IS ORDERED TO RELINQUISH ALL FIREARMS IN
   THE MANNER PROVIDED IN PENAL CODE SECTION 29810.  DEFENDANT IS
   PROVIDED WITH A PROHIBITED PERSONS RELINQUISHMENT FORM.

  -KEEP PROBATION OFFICER ADVISED OF YOUR RESIDENCE AND WORK AND
   HOME TELEPHONE NUMBERS AT ALL TIMES.
  -DEFENDANT TO REPORT TO THE PROBATION OFFICER WITHIN  48 AFTER
   RELEASE FROM CUSTODY. POMONA VALLEY AREA PROBATION, 1660 W.

   MISSION BLVD., POMONA, CALIFORNIA
  -SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED
   BY THE PROBATION OFFICER.
  -OBEY ALL RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
  -PAY THE COSTS OF PROBATION SERVICES (PURSUANT TO 1203.1B PC) TO
   THE PROBATION OFFICER IN THE AMOUNT THE PROBATION OFFICER SHALL
   PRESCRIBE.

  -USE ONLY TRUE NAME, BIRTHDATE AND ADDRESS, AND DO NOT GIVE ANY
   FALSE INFORMATION TO ANY PEACE OFFICER AT ANY TIME.
  -SUBMIT YOUR PERSON AND PROPERTY TO SEARCH AND SEIZURE AT ANY
   TIME OF THE DAY OR NIGHT, BY ANY PROBATION OFFICER OR OTHER
   PEACE OFFICER, WITH OR WITHOUT A WARRANT, PROBABLE CAUSE OR
   REASONABLE SUSPICION.
  -IF YOU ARE DEPORTED FROM OR OTHERWISE LEAVE THE UNITED STATES,

CASE NO. KA118671                              PAGE NO.    5
DEF NO.  01                                    DATE PRINTED 06/02/22

    NOTIFY THE COURT (AND PROBATION) IN WRITING OF YOUR ADDRESS
    AND TELEPHONE NUMBER OUTSIDE THE UNITED STATES WITHIN 72 HOURS
    OF DEPORTATION OR DEPARTURE.  CONTINUE TO PAY ALL OF YOUR
    FINANCIAL OBLIGATIONS TO THE COURT (AND TO PROBATION) WHILE
    OUTSIDE THE UNITED STATES.
    -OBEY ALL LAWS AND ORDERS OF THE COURT.
    COURT ORDERS AND FINDINGS:
    -COPY OF THE PROHIBITED PERSONS NOTICE AND POWER OF ATTORNEY FOR
    FIREARMS RELINQUISHMENT, SALE OR DISPOSAL FORM ISSUED TO
    DEFENDANT PURSUANT TO PENAL CODE SECTION 29800.

    -PURSUANT TO PC SECTION 296, THE DEFENDANT IS ORDERED TO PROVIDE
    BUCCAL SWAB SAMPLES, A RIGHT THUMB PRINT, A FULL PALM PRINT
    IMPRESSION OF EACH HAND, ANY BLOOD SPECIMENS OR OTHER BIOLOGICAL
    SAMPLES AS REQUIRED BY THIS SECTION FOR LAW ENFORCEMENT
    IDENTIFICATION.
    -DEFENDANT ACKNOWLEDGES TO THE COURT THAT THE DEFENDANT
    UNDERSTANDS AND ACCEPTS ALL THE PROBATION CONDITIONS, AND

    DEFENDANT AGREES TO ABIDE BY SAME.
    -DEFENDANT ADVISED THAT UPON COMPLETION OF THE PROBATION/SENTENCE
    THE DEFENDANT MAY BE ELIGIBLE FOR A PETITION FOR DISMISSAL
    PURSUANT TO PENAL CODE SECTION 1203.4 OR A CERTIFICATE OF
    REHABILITATION AND PARDON PURSUANT TO PENAL CODE SECTION 4852.01

    THE TERMS AND CONDITIONS OF PROBATION APPLY TO COUNTS 2 AND 3.



EXHIBIT 2

CASE NO. KA118671
DEF NO.  01

PAGE NO.   6
DATE PRINTED 06/02/22



06/02/22

I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA

BY _____

EXHIBIT 2

### SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo



| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



EXHIBIT 3

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 3 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

32                                                    EXHIBIT 3

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



   EXHIBIT 3

### SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 5 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

34                                                          EXHIBIT 3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 6 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

EXHIBIT 3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

## MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| | | | |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 14 of 40

MINUTES / ALL CATEGORIES

Case:  17CF2740 F A

5/24/22 11:02 am

EXHIBIT 3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



EXHIBIT 3

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo



| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| | 34 | PRISS | No legal cause why judgment should not be pronounced and defendant having Pled Guilty to count(s) 1, 2, 3, Imposition of sentence is suspended and defendant is placed on 5 Year(s) INFORMAL PROBATION on the following terms and conditions: |
| | 35 | FXPBTP | INFORMAL probation type entered in error. Case should reflect: FORMAL PROBATION. (Entered NUNC_PRO_TUNC on 07/28/20) |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

| 07/31/19 | | | |

| | 47 PRNUD | | Use no unauthorized drugs, narcotics, or controlled substances and submit to drug or narcotic testing as directed by your probation or mandatory supervision officer, or any peace officer. |
| | 48 PRSAS | | Submit your person and property including any residence, premises, container, or vehicle under your control, including electronic devices, to search and seizure at any time of the day or night by any law enforcement officer, probation officer, or mandatory supervision officer with or without a warrant, probable cause or reasonable suspicion |
| | 49 PRPSY | | Cooperate with your probation or mandatory supervision officer in any plan for psychological, psychiatric, alcohol and/or drug treatment. |
| | 50 PRTSE | | Seek training, schooling, or employment and maintain residence as approved by your probation officer. |
| | 51 PRASA | | Do not associate with persons known to you to be parolees, on post-release community supervision, convicted felons, users or sellers of illegal drugs, or otherwise disapproved of by probation or mandatory supervision. |
| | 52 PRNWP | | Do not own, purchase, receive, possess, or have under your custody or control any type of dangerous or deadly weapon, firearm, ammunition, and ammunition feeding devices, including but not limited to magazines . |
| | 53 ADFIR | | The defendant understands that they are now prohibited from owning, purchasing, receiving, possessing, or having under their custody or control any firearms, ammunition, and ammunition feeding devices, including but not limited to magazines. They will be ordered to relinquish all firearms and complete a relinquishment form pursuant to Penal Code section 29810. |

**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE**

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| 07/31/19 | 54 | PBRPT3 | Case assigned to Probation Department for preparation of Firearms Relinquishment Probation Report. Defendant ordered to comply with Firearms Relinquishment pursuant to Penal Code 29810, by submitting a completed Prohibited Persons Relinquishment Form to the Probation Department. |
| | 55 | CLSET2 | **Hearing re: Firearms Relinquishment set on 08/14/2019 at 08:30 AM in Department C58.** |
| | 56 | PRJLT | **Defendant does not need to be present on 08/14/19.** |
| | 57 | CPFTO | The clerk this date has forwarded a copy of Firearms Relinquishment Form to Probation |
| | 58 | PRVNL | Violate no law. |
| | 59 | PROBY | Obey all orders, rules, and regulations, and directives of the Court, Jail, and Probation. |
| | 60 | PRDTC | Disclose terms and conditions of probation when asked by any law enforcement or probation officer. |
| | 61 | PRDNA | Defendant to provide a state DNA sample and prints for the State DNA Database pursuant to PC 296 and PC 296.1 unless collection agency verifies in any available databases that the DNA sample has been previously collected. |
| | 62 | PRMOT | The Court ultimately determines the conditions of probation and mandatory supervision. The defendant has the right to request the Court modify or eliminate any condition imposed by the Probation Department that the defendant believes is unreasonable. |
| | 63 | PRPCD | Pay cost of probation or mandatory supervision, according to ability to pay, as directed by your probation or mandatory supervision officer pursuant to Penal Code section 1203.1b. |
| | 64 | PRATC | Defendant accepts terms and conditions of probation. |
| | 65 | PBRPT | Defendant to report to Probation Officer forthwith. |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



## SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



EXHIBIT 3

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

## MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 25 of 40

MINUTES / ALL CATEGORIES

Case:  17CF2740 F A

5/24/22 11:02 am

54    EXHIBIT 3

## SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo



Name: Zendejas Lopez, Sigifredo

Page 27 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

56

EXHIBIT 3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo



| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A

Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,**
**COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo



| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| | | | |

SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



## SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

Name: Zendejas Lopez, Sigifredo

Page 34 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

63

EXHIBIT 3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 35 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE**

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|
| | | | |

### SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTES

Case : 17CF2740 F A
Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

Case : 17CF2740 F A

Name : Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 38 of 40

MINUTES / ALL CATEGORIES

Case:  17CF2740 F A

5/24/22 11:02 am

67

EXHIBIT 3

**SUPERIOR COURT OF THE STATE OF CALIFORNIA,
COUNTY OF ORANGE**

# MINUTES

**Case :** 17CF2740 F A
**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|



Name: Zendejas Lopez, Sigifredo

Page 39 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

68

EXHIBIT 3

## SUPERIOR COURT OF THE STATE OF CALIFORNIA,
## COUNTY OF ORANGE

# MINUTES

**Case :** 17CF2740 F A

**Name :** Zendejas Lopez, Sigifredo

| Date of Action | Seq Nbr | Code | Text |
|---|---|---|---|

Name: Zendejas Lopez, Sigifredo

Page 40 of 40

MINUTES / ALL CATEGORIES

Case: 17CF2740 F A

5/24/22 11:02 am

69

EXHIBIT 3



I hereby certify the foregoing instrument consisting of ___40___ page(s) is a true and correct copy of the original on file in this court.

ATTEST (DATE)___05/24/2022___
DAVID H. YAMASAKI EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

EXHIBIT 3