UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OSNY SORTO-VASQUEZ KIDD, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity, et al.,<br><br>Defendants. | Case No. 2:20-cv-03512-ODW (JPRx)<br><br>**ORDER REGARDING JOINT STIPULATION AND REQUEST FOR DISMISSAL** |

-2-

# ORDER

Individual Plaintiff Osny Sorto-Vasquez Kidd ("Plaintiff Kidd") and Defendant United States of America ("Defendant") having filed a Joint Stipulation and Request for Dismissal pursuant to the Stipulation for Compromise Settlement that they have entered into, (ECF No. 520), Plaintiff Kidd's Federal Tort Claims Act and *Bivens* claims asserted in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**.  Plaintiff Kidd and Defendant shall respectively bear their own cost of suit and fees for these Federal Tort Claims Act and *Bivens* claims.

**IT IS SO ORDERED.**

Dated: November 1, 2024

_____
Otis D. Wright, II
United States District Judge