O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| OSNY SORTO-VASQUEZ KIDD et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, <br> United States Secretary of Homeland Security, in her official capacity, et al., <br><br> Defendants. | Case № 2:20-cv-03512-ODW (JPRx) <br><br> **FINAL JUDGMENT** |

On April 26, 2021, the Court granted Defendants' Motion to Dismiss as to Plaintiff Osny Sorto-Vasquez Kidd's Fifth and Sixth Causes of Action. (ECF No. 58.) On November 1, 2024, the Court granted the parties' joint stipulation to dismiss Kidd's Fourth and Seventh Causes of Action. (ECF No. 521.)

On August 4, 2025, the Court granted the Motion for Final Approval of Class Action Settlement as to the Ruse Class's First, Second, and Third Causes of Action (the "Ruse Class Claims") and awarded $2,600,000 to Class Counsel for fees and costs incurred in litigating the Ruse Class Claims in this action. (ECF No. 549.)

On May 15, 2024, following the parties' filing of motions for summary judgment, the Court granted Organizational Plaintiffs Inland Coalition for Immigrant Justice and the Coalition for Humane Immigrant Rights Los Angeles's Motion for

Partial Summary Judgment as to the Knock and Talk Class's First, Second, and Third Causes of Action (the "Knock and Talk Class Claims"). (ECF No. 506.) On June 24, 2025, the Court entered Partial Final Judgment on the Knock and Talk Claims. (ECF No. 541.)

It is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Judgment is entered for Defendants on Kidd's claims asserted against them in the complaint;
2. Kidd shall take nothing on these claims against Defendants;
3. The Motion for Final Approval of Class Action Settlement as to the Ruse Class Claims is granted;
4. Class Counsel are awarded $2,600,000 for fees and costs incurred in litigating the Ruse Class Claims in this action; and
5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 5, 2025

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**