BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
CHRISTINA MARQUEZ (Cal. Bar No. 305301)
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4061 / -5557
    Facsimile: (213) 894-7819
    E-mail: Christina.Marquez@usdoj.gov
           Alexander.Farrell@usdoj.gov

Attorneys for Defendants and Appellants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONSY SORTO-VASQUEZ KIDD, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI NOEM,[1] Secretary, U.S. Department of Homeland Security, in her official capacity, *et al.*,<br><br>    Defendants. | C.D. Cal. No. 2:20-cv-03512-ODW-JPR<br><br>9th. Cir. No. 25-4864<br><br>**DEFENDANTS-APPELLANTS' NOTICE REGARDING ORDERING OF THE REPORTER'S TRANSCRIPT FOR APPEAL**<br><br>Honorable Otis D. Wright II<br>United States District Judge |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, Secretary of U.S. Homeland Security, is automatically substituted for her predecessor, Alejandro Mayorkas.

Pursuant to Ninth Circuit Rule 10-3, Defendants – Appellants ("Appellants") provide notice to the Court and the parties that Appellants will not designate any transcripts for purposes of the record on appeal.

On July 29, 2025, Appellants filed their notice of appeal in the District Court. Dkt. 547. The case was docketed with the Ninth Circuit on August 1, 2025. The notice of appeal identified the Court's Order on the motions for summary judgment (Dkt. 506) and the partial final judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. 542). Because this Court did not hear oral argument prior to issuing its summary judgment order or the partial final judgment, no transcript designation is necessary.

Dated: August 12, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


　　　/s/ Alexander L. Farrell
CHRISTINA MARQUEZ
ALEXANDER L. FARRELL
Assistant United States Attorneys

Attorneys for Defendants and Appellants